NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NORRIS HUBBARD, JR.,                )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No.  2D14-5977
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____ )

Opinion filed June 27, 2018.

Appeal from the Circuit Court for Charlotte
County; Amy R. Hawthorne, Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and LUCAS and BADALAMENTI, JJ., Concur.